Ida Markle Hessenbruch and Herman Hessenbruch, in right of said Ida Markle Hessenbruch, *v.* John Markle, Alvan Markle, George B. Markle, Ida M. Hessenbruch, Clora Markle, E. P. Wilbur and W. H. Stroh, and Edgar Twining, Surviving Executors of the Estate of William Lilly, Deceased, Trading as George B. Markle & Co., and George B. Markle, Individually. Appeal of Clora Markle.

Argued Jan. 10, 1900. Appeal, No. 201, Jan. T., 1899, by Clora Markle, from decree of C. P. No. 1, Phila. Co., March T., 1898, No. 941, on bill in equity. Before GREEN, C. J., McCOLLUM, MITCHELL, DEAN, FELL, BROWN and MESTREZAT, JJ. Affirmed.

*D. L. Rhone*, for appellant.

*John G. Johnson*, for appellees.

OPINION BY MR. JUSTICE DEAN, February 12, 1900:

This appeal raises questions of fact, which in the appeal of George B. Markle, from same decree, we have held were correctly decided by the court below; the questions of law are also the same. The opinion on that appeal is handed down this day, and we need say nothing further.

The decree is affirmed and appeal dismissed.